Robert BENDICK, et al.

v.

Warren PICILLO, et al.

v.

GENERAL ELECTRIC CO., et al.

No. 84–443–M.P.

Supreme Court of Rhode Island.

Feb. 13, 1985.

Dennis J. Roberts II, Atty. Gen., Stefany L. Cooperman, Sp. Asst. Atty. Gen., Providence, for petitioners.

John V. Kean, Deming E. Sherman, Lauriston E. Parks, C.R. Bengston, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.

■

Richard W. TUNKS

v.

PLYMOUTH ROCK
TRANSPORTATION
CORP.

No. 84–570–M.P.

Supreme Court of Rhode Island.

Feb. 13, 1985.

Raymond J. Surdut, Providence, for petitioner.

Edward P. Sowa, Jr., Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.

■

WOODHOLLOW TRAWLERS, INC.

v.

BOARD OF REVIEW DEPARTMENT
OF EMPLOYMENT SECURITY.

No. 85–7–M.P.

Supreme Court of Rhode Island.

Feb. 13, 1985.

Merlyn O'Keefe, Wakefield, for petitioner.

Joseph R. DeCiantis, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

BEVILACQUA, C.J., did not participate.